[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 23-12267

Non-Argument Calendar

————————————————

AIN JEEM, INC.,

Plaintiff-Counter Defendant-Appellee,

*versus*

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A, et al.,

Defendants,

HALL OF FAME SPORTS MEMORABILIA, INC., et al.,

2                    Opinion of the Court                    23-12267

Defendants-Counter Claimants,

AKERMAN LLP ALEJANDRO J. FERNANDEZ, et al.,

Counter Defendants,

CARL ELLEN PUCKETT, JR.,

Defendant-Counter Claimant
Cross Claimant-Appellant,

MARCELLA ANDERSON PUCKETT,

Cross Claimant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cv-01331-VMC-AEP

————————————————

Before JILL PRYOR, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Carl and Marcella Puckett, proceeding *pro se*, appeal from the district court's June 23 and 28, 2023 orders denying their motions for reconsideration. However, those orders were not final and appealable because claims asserted between the plaintiff and defendant Hall of Fame Sports Memorabilia, Inc. remained pending at the time that the Pucketts appealed. *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245-46 (11th Cir. 2012); *Bogle v. Orange Cnty. Bd. of Cnty. Comm'rs*, 162 F.3d 653, 661 (11th Cir. 1998) (providing that a notice of appeal is ineffective to appeal a future order or judgment that does not exist at the time the notice of appeal is filed); *Robinson v. Tanner*, 798 F.2d 1378, 1382-83 (11th Cir. 1986) (providing that an appeal from an interlocutory order generally is not cured by the subsequent entry of final judgment).

Accordingly, this appeal is DISMISSED for lack of jurisdiction. All pending motions are DENIED as moot.